152 So.2d 150

**Earl PHILLIPS, alias Perry W. Moore**

v.

**STATE.**

**6 Div. 935.**

Court of Appeals of Alabama.

Feb. 19, 1963.

Rehearing Denied March 12, 1963.

Earl Phillips, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, for the State.

CATES, Judge.

This is altogether like its companion case on appeal, ante p. 64, 152 So.2d 148, except that the original conviction here was on an indictment for robbing a taxicab driver.

The circuit court dismissed the petition for coram nobis on the basis of the hearing in the companion case.

We see no reason to overturn the judgment below.

Affirmed.